To whom it may concern.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

OCT 1 2 2022

CLERK, U.S. DISTRICT COURT
By ___ mw

4-22CV-918-0

On July 13th I was arrested and brought to Parker Co. Jail and booked in as Low Risk I was sent to high risk Pod housed with Violent Felons, I am a Disabled American I ended up in E-8 pod and I was beat up by a violent Felon he beat me on my face and heart my neck and gave me a black eye, he threw me down and jumped on top of me and Punched me in the ribs. and Smashed my forehead on the concrete floor. and he somehow broke my Right arm I sent in a request and told the medical staff I was severly hurt that my arm and Ribs were broke and they gave me I BP and told me I was ok, I told them I wanted to be Examaned by a Real qualified Doctor and they told me I wasn't hurt. They Ask me if I wanted some Ice for my head and I told them my Arm was broke and they said I Refesed Medical treatment already and I didn't They ask me if I wanted Ice for my head and eye

I Told them that my arm was more important so again they Denied me Medical Attention for the 4 time I have been Sitting here for 8 day with a broken Arm. I would like to bring a lawsuit against Parker Co. Jail, and Ron A king for Civil Rights Voilations Please send me the Paperwork that I need to start the process I am indigent Right now.

William Alex Pierce
14-72873

612 Jamison St
Weatherford Tx. 76086

10-6-2022

OFFICE OF
CLERK of THE U.S. DISTRICT
Court
501 W. Tenth St., Rm 310
Fort Worth Tx. 76102


Petition to The Court.



William Pierce 14-72873
612 Jamison ST.
Weatherford Tx. 76086

RECEIVED
OCT 12 2022
CLERK U.S. DISTRICT COURT
DISTRICT OF TEXAS

NORTH TEXAS TX P&DC
DALLAS TX 750
6 OCT 2022 PM 9 L

X-RAY

ENERGY

OFFICE OF
CLERK OF THE U.S. DISTRICT Court
501 W. Tenth St., Rm. 310
Fort Worth Tx. 76102

76102-975999

Legal mail

Legal mail

Legal Mail