**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **WILLIAM PIERRE,** | § | |
| **(Parker County No. 14-72873),** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-cv-918-O** |
| | § | |
| **PARKER COUNTY JAIL, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER OF DISMISSAL

Under an order filed in the above-styled and numbered cause on October 13, 2022, Plaintiff William Pierre was ordered to submit the applicable in-forma-pauperis (IFP) documents and a completed complaint form within thirty days. ECF No. 4. The October 13 order informed Pierre that failure to timely comply could result in the dismissal of the action without further notice for failure to prosecute under Federal Rule of Civil Procedure 41(b). *Id*. at 2. The Court's order and attachments were mailed to Pierre at his address of record at the Parker County Jail. ECF No. 6. As of the date of this order, however, Pierre has failed to file the IFP application with certificate of inmate trust account and the complaint form, and he has failed to otherwise file any document responsive to the Court's order.

As a result, it is **ORDERED** that all of Plaintiff's claims are **DISMISSED** for lack of prosecution, without prejudice to their being refiled. *See* FED. R. CIV. P. 41(b).

**SO ORDERED** this **21st day** of **November, 2022.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**